# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KNAPP, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:18-cv-00509-MCE-AC<br><br>(Assigned to Hon. Morrison C. England, Jr.)<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (L.R. 144(a))**<br><br>Action Filed: March 8, 2018<br>Trial Date: None Set |

The Court, having reviewed the Joint Stipulation of Defendant Sunrun, Inc. ("Defendant") and Plaintiff Susan Knapp ("Plaintiff") to extend time for Defendant to response to the Complaint in this action, and good cause appearing therefor, HEREBY ORDERS as follows:

The deadline for Defendant to answer, move or otherwise respond to the Complaint is now June 11, 2018.

**IT IS SO ORDERED.**

**Dated: May 15, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE