UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KNAPP, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:18-cv-00509-MCE-AC<br><br>(Assigned to Hon. Morrison C. England, Jr.)<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:  March 8, 2018<br>Trial Date:     None Set |

The Court, having reviewed the Joint Stipulation of Defendant Sunrun, Inc. ("Defendant") and Plaintiff Susan Knapp ("Plaintiff") to extend time for Defendant to response to the Complaint in this action, and good cause appearing therefor, hereby orders that the deadline for Defendant to answer, move or otherwise respond to the Complaint is extended to July 11, 2018.

IT IS SO ORDERED.

Dated:  June 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

1
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

4834-5153-8536v.1