Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KNAPP, individually and on behalf of all others similarly situated,<br>Plaintiff<br><br>v.<br><br>SUNRUN, INC., and DOES 1 through 10, inclusive, and each of them,<br>Defendant | Case No.<br><br>2:18-cv-00509-MCE-AC<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this July 11, 2018.

By: /s/Adrian R. Bacon
ADRIAN R. BACON, ESQ.

Notice of settlement - 1

## **CERTIFICATE OF SERVICE**

Filed electronically on July 10, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on July 10, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 11th Day of July, 2018.

<u>By: /s/Adrian R. Bacon</u>
ADRIAN R. BACON, ESQ.